302 June 11, 2025 No. 539

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NICHOLAS KEATON WILHELM,
*Defendant-Appellant.*

Washington County Circuit Court
23CR25941; A183038

Eric Butterfield, Judge.

Submitted May 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anna R. Johnson, Deputy Public Defender, Office of Public Defense Services/Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and Pagán, Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant appeals from a judgment of conviction for theft in the second degree, ORS 164.045. He contends that the trial court erred when it included in the judgment a term ordering him to pay "any required per diem fees" without pronouncing that term at sentencing. The state concedes the error and agrees that the case should be remanded for resentencing. We accept the concession and remand for resentencing. *See State v. Barr*, 331 Or App 242, 244, 246, 545 P3d 772, *rev den*, 372 Or 720 (2024) (holding that "[t]he trial court erred by including a previously unannounced term in the sentencing judgment," and remanding for resentencing).

Remanded for resentencing; otherwise affirmed.